MARIE HABERMAN, Respondent, *v.* M. MORAN TRANSPORTA-
TION LINES, INC., et al., Appellants.

JACOB HABERMAN, Respondent, *v.* M. MORAN TRANS-
PORTATION LINES, INC., et al., Appellants.

Argued June 11, 1940; decided July 24, 1940.

*Phillip T. Young* and *Donald M. Mawhinney* for appellants.

*Walter F. Martineau* and *Donald V. Carr* for respondents.

In each action, judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.